UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | ) | |
|---|---|---|
| Christopher Bergstrom | ) | Case No. 08-31876 |
| | ) | Chapter 7 |
| | ) | |

## APPLICATION TO DEPOSIT TO THE REGISTRY FUND

Applicant respectfully shows:

1. This is a bankruptcy case in which applicant is the Trustee.

2. The trustee has reviewed the claims register and finds that the following claims have been filed:

| Name/Address | Claim # | Claim Amount |
|---|---|---|
| GE Money Bank dba WORLD MARKET/GEMB<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>25 S. E. 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 13 | $405.83 |

3. After calculating dividend amounts, the trustee finds that the following dividends are due:

| Name | Dividend Amount |
|---|---|
| GE Money Bank dba WORLD MARKET | $3.42 |

4. Pursuant to Bankruptcy Rule 3010(a), any dividend under $5.00 is to be deposited to the United States Registry Fund.

WHEREFORE, applicant respectfully prays that he be allowed to deposit with the Clerk of Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina, in the Registry Fund the sum of $3.42.

This the 20th day of October, 2009

*S/s A. Burton Shuford*
A. Burton Shuford, Trustee
301 S. McDowell St., Ste 1012
Charlotte, NC  28204
Telephone (704) 377-8764 x212
NC Bar No. 010035